**Joe Clinton MORAN, Petitioner-Appellant,**

v.

**Lake F. RUSSELL, Warden, Respondent-Appellee.**

**No. 18844.**

United States Court of Appeals
Sixth Circuit.

June 17, 1969.

H. Fred Ford, Howser, Thomas & Summers, Nashville, Tenn., for appellant.

Robert H. Dedman, Special Counsel State of Tennessee, Nashville, Tenn., on brief; George F. McCanless, Atty. Gen., and Reporter State of Tennessee, of counsel, for appellee.

Before PHILLIPS, EDWARDS and CELEBREZZE, Circuit Judges.

ORDER

The above cause coming on to be heard on the briefs of the parties, the transcript of the record, and the arguments of counsel in open court, and the Court being fully advised;

Now, therefore, it is hereby ordered, adjudged and decreed that the judgment of the District Court be and is hereby affirmed for the reasons set forth in the opinion and order of Judge William E. Miller.

**UNITED STATES of America,
Appellee,**

v.

**Thermon GANTT, a/k/a Gizmo Gantt,
Appellant.**

**No. 12967.**

United States Court of Appeals
Fourth Circuit.

Submitted June 9, 1969.

Decided June 12, 1969.

Kermit S. King, Columbia, S. C. (Court-appointed counsel) on brief for appellant.

Klyde Robinson, U. S. Atty., and William B. Long, Jr., Asst. U. S. Atty., on brief, for appellee.

Before SOBELOFF, BOREMAN and CRAVEN, Circuit Judges.

PER CURIAM:

Examination of the issues raised by appellant in his brief reveals no error on the part of the District Court—indeed the appeal is plainly frivolous. The challenged conviction of bank robbery in violation of 18 U.S.C. § 2113(a) is accordingly

Affirmed.